IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>**1) LUIS ANGEL COLON-QUIÑONES**<br>2) JUAN JOSE RODRIGUEZ<br>3) JOSE ANTHONY RIVERA<br>4) DAVID ESTRELLA, and<br>5) RENE JARAMILLO-AGUILAR<br>Defendants | CRIMINAL 99-0240CCC |

### O R D E R

We have before us the CJA voucher and time sheet of attorney Arturo Luciano-Delgado for his representation of Luis Angel Colón-Quiñones in Cr. 99-0240. Initially filed in November, 2001, it was returned to him on December 6, 2001 because "[t]he time sheet is insufficiently detailed to award fees, and is not organized by the categories set out in the voucher." See, docket entry 126. The documents were not resubmitted until February 24, 2005, over three years later.

While the time sheet entries are now properly categorized, the descriptions remain woefully inadequate. The description of telephone calls merely as "with client" or "Meeting with client," "Meeting with AUSA Robert Knief" provide no information on which the Court can evaluate the reasonableness of the requested fees. Additionally, we find entries such as reviewing defendant's ID and Social Security cars, two four-page arrest reports and one 18-page police report allegedly requiring six hours of the attorney's time to be suspect.

Considering that three other attorneys in this case received $1,972.50, $2,846.50, and $1,541.35 for their representation of other defendants, we find that the $5,028.96 requested is totally unjustified. We therefore award attorney Luciano-Delgado the sum of $2,000.00 as attorney's fees in this case.

CRIMINAL 99-0240CCC                                    2

    Counsel is admonished that he should review the undersigned's standing order on the filing of CJA vouchers and their corresponding times sheets, so that he may avoid these problems in the future.

    SO ORDERED.

    At San Juan, Puerto Rico, on March 14, 2005.

                                               S/CARMEN CONSUELO CEREZO
                                               United States District Judge